OPINION — AG — CANTEEN PROFITS AT A MENTAL INSTITUTION WITHIN THE DEPARTMENT OF MENTAL HEALTH MAY LAWFULLY BE EXPENDED FOR THE PURCHASE OF A BUS TO BE USED FOR RECREATIONAL PURPOSES " EXCLUSIVELY " FOR THE BENEFIT OF THE PATIENTS, IF THE DIRECTOR OF THE CANTEEN DETERMINE SUCH TO BE A PROPER USE OF SAID PROFITS AND ORDERS THE EXPENDITURE. CITE: 43A O.S.H. 101, 47 O.S.H. 156 (JAMES P. GARRETT)